| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Scott Alexandre Greenberg** | Social Security number or ITIN  **xxx–xx–4308** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gwen Siegel Greenberg** | Social Security number or ITIN  **xxx–xx–7806** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **11–40843–MBK** | | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Alexandre Greenberg                    Gwen Siegel Greenberg

<u>1/4/17</u>                                                **By the court:**   <u>Michael B. Kaplan</u>
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 11-40843-MBK
Scott Alexandre Greenberg                                   Chapter 13
Gwen Siegel Greenberg
         Debtors
                                CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2            Date Rcvd: Jan 04, 2017
                             Form ID: 3180W           Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2017.
db/jdb        +Scott Alexandre Greenberg,   Gwen Siegel Greenberg,    52 Cooper Avenue,
                West Long Branch, NJ 07764-1214
514352551      BMO Harris, National Association,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    P.O. BOX 24605,   West Palm Beach, FL 33416-4605
514352552     +BMO Harris, National Association,    c/o Ocwen Loan Servicing, LLC,
                Attn: Bankruptcy Department,    P.O. BOX 24605,   West Palm Beach, FL 33416-4605,
                BMO Harris, National Association 33416-4605
512468780      Bank of America,   Attn: Northstar Location,    4285 Genesee Street,   Buffalo, NY 14225-1943
512468786      Citi Cards,   PO Box 182584,    Columbus, OH 43218-2584
512468784      Citi Cards,   Attn: Asset Acceptance,    PO Box 2036,   Warren, MI 48090-2036
512468783     +Citi Cards,   Attn: Capital Management,    726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
512468788      Citibank/LVNV Funding,   Attn: Weltman, Weinberg & Reis,    323 W. Lakeside Ave., Ste. 200,
                Cleveland, OH 44113-1009
512468790     +Discover,   Attn: Capital Management,    726 Exchange St., Ste. 700,   Buffalo, NY 14210-1464
512468791      HSBC,   PO Box 17322,   Baltimore, MD 21297-1322
512727220     +M & I BANK, FSB,   c/o Rosicki, Rosicki & Associates, P.C.,    51 East Bethpage Road,
                Plainview NY 11803-4224
515123799     +Midland Credit Management, Inc.,    as agent for Asset Acceptance LLC,   PO Box 2036,
                Warren, MI 48090-2036
512518186     +Midland Credit Management, Inc.,    2365 Northside Drive,   Suite 300,
                San Diego, CA 92108-2709
512468792      Morgan Stanley Home Loans,   PO Box 77015,    Minneapolis, MN 55480-7715
512468793      PNC Mortgage,   PO Box 3429,   15230-3429
512790979     +PNC Mortgage, a division of PNC Bank, N.A.,    3232 Newmark Dr,   Miamisburg OH 45342-5421
512522881      TOYOTA FINANCIAL SERVICES,   BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                CINCINNATI, OH 45201-5229
512468794      Toyota Financial Services,   PO Box 790069,    Saint Louis, MO 63179-0069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2017 23:44:20      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2017 23:44:18      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
512574323     +EDI: ACCE.COM Jan 04 2017 23:28:00      ASSET ACCEPTANCE LLC,   PO BOX 2036,
                WARREN MI 48090-2036
512468777      EDI: AMEREXPR.COM Jan 04 2017 23:28:00      American Express,   Cardmember Services,
                PO Box 297879,   Fort Lauderdale, FL 33329-7879
512641431      EDI: BECKLEE.COM Jan 04 2017 23:28:00      American Express Bank FSB,   c/o Becket and Lee LLP,
                POB 3001,   Malvern PA 19355-0701
512686337      EDI: BECKLEE.COM Jan 04 2017 23:28:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
512610093     +EDI: OPHSUBSID.COM Jan 04 2017 23:28:00      BACK BOWL I LLC, SERIES B,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
512468778      EDI: BANKAMER.COM Jan 04 2017 23:28:00      Bank of America,   PO Box 982235,
                El Paso, TX 79998-2235
512490809      EDI: BANKAMER2.COM Jan 04 2017 23:28:00      FIA CARD SERVICES, N.A.,   PO Box 15102,
                Wilmington, DE 19886-5102
512468779      EDI: BANKAMER.COM Jan 04 2017 23:28:00      Bank of America,   Attn: AAA Financial Services,
                PO Box 15019,   Wilmington, DE 19886-5019
512468781     +EDI: TSYS2.COM Jan 04 2017 23:28:00      Barclays LL Bean,   Card Services,   PO Box 13337,
                Philadelphia, PA 19101-3337
512610108     +EDI: OPHSUBSID.COM Jan 04 2017 23:28:00      CANDICA, LLC,   C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
512468787      EDI: CITICORP.COM Jan 04 2017 23:28:00      Citi Cards,   PO Box 182564,
                Columbus, OH 43218-2564
512468785      EDI: CITICORP.COM Jan 04 2017 23:28:00      Citi Cards,   PO Box 183051,
                Columbus, OH 43218-3051
512774316     +EDI: OPHSUBSID.COM Jan 04 2017 23:28:00      Candica, LLC,   c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512468782      EDI: CHASE.COM Jan 04 2017 23:28:00      Chase,   PO Box 15298,   Wilmington, DE 19850-5298
512595724      EDI: CHASE.COM Jan 04 2017 23:28:00      Chase Bank USA, N.A.,   PO Box 15145,
                Wilmington, DE 19850-5145
512468789      EDI: DISCOVER.COM Jan 04 2017 23:28:00      Discover,   PO Box 30943,
                Salt Lake City, UT 84130
512480466      EDI: DISCOVER.COM Jan 04 2017 23:28:00      Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH 43054-3025
512724139     +EDI: OPHSUBSID.COM Jan 04 2017 23:28:00      Lindia, LLC,   c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512804907      EDI: PRA.COM Jan 04 2017 23:28:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk VA 23541
512517138      EDI: RECOVERYCORP.COM Jan 04 2017 23:28:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jan 04, 2017
                              Form ID: 3180W           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                            TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
cr*            +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
512922468*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                  NORFOLK, VA 23541)
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2017 at the address(es) listed below:
```
              Adam    Schneider    on behalf of Debtor Scott Alexandre Greenberg aschneiderlawoffice@comcast.net
              Adam    Schneider    on behalf of Joint Debtor Gwen Siegel Greenberg aschneiderlawoffice@comcast.net
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor   PNC Bank, National Association
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 5
```